**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANGEL GONZALEZ,**

      **Plaintiff,**

-vs-                                                  Case No. 6:08-cv-195-Orl-31DAB

**THE PEP BOYS-MANNY, MOE & JACK, INC.,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on the Joint Motion for Court Approval of the Parties' Settlement Agreement and General Release (Doc. No. 25) filed July 24, 2008.

On August 5, 2008, the United States Magistrate Judge issued a report (Doc. No. 28) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion for Court Approval of the Parties' Settlement Agreement and General Release is **GRANTED**. The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute." The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 26th day of August, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE